Goodstadt *v.* Goodstadt, Appellant.

Argued June 13, 1974.   *Neil S. Perloff,* with him *Jonathan DeYoung,* for appellant; *Robert A. Rosin,* with him *Joseph X. Yaffe,* and *Yaffe and Gould,* for appellee.

Order affirmed.

Hunting Park Moving and Storage Company, Incorporated, Appellant, *v.* Redevelopment Authority of the City of Philadelphia.

Argued June 14, 1974.   *David H. Kubert,* with him *Joseph L. Fox,* for appellant; *Francis J. Moran,* with him *Richard D. Malmed,* and *James D. Crawford,* for appellee.

Judgment affirmed.

Key *v.* Gateway Insurance Company, Appellant.

Argued June 13, 1974.   *James M. Peck,* with him *Edward L. Edelstein,* and *Goodis, Greenfield, Henry, Shaiman & Levin,* for appellant; *Bernard M. Gross,* with him *Gross & Sklar,* for appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.